**748**

Circuit denied. *Mr. Leo Brown* for petitioner. *Mr. William M. Sperry, 2nd,* for respondent.

No. 938. W. E. VALLIANT CO., INC. *v.* RAYONIER, INC. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John H. Skeen* for petitioner. *Mr. George W. P. Whip* for respondent.

No. 854. WILEMON ET AL., DOING BUSINESS AS GOOD LUCK OIL CO., *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eustis Myres* for petitioners. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondents.

No. 654. FLYNN *v.* UNITED STATES. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Arthur Lee Flynn, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 828. PHILLIPS *v.* NEW YORK. May 22, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied. *George Phillips, pro se. Messrs. Frank S. Hogan* and *Stanley H. Fuld* for respondent.

No. 910. BAYLESS *v.* UNITED STATES. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Ap-